M. & C. CREDITORS CORPORATION, Appellant, *v.* ALEXANDER D. B. PRATT et al., Individually and as Executors of DALLAS B. PRATT, Deceased, et al., Respondents.

Argued October 19, 1939; decided November 14, 1939.

*George H. Engelhard* and *Douglas M. Amann* for appellant.
*M'Cready Sykes* and *W. A. W. Stewart* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.